COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-22-00200-CV

Style:                                      Veranda Nation, Inc. v. Julian Preston, Jr.

Trial Court Case Number:     1122091

Trial Court:                          Co Civil Ct at Law No 1 of Harris County

Type of Motion:                   Objection to Mediation

Party Filing Motion:            Appellee

     Appellee has objected to mediation.  The Court's mediation order dated April 6, 2022 is withdrawn.


Judge's signature: /s/ Amparo Guerra
                Acting individually

Date: April 15, 2022